Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-236

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

Title of Work: Aurowla

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: September 08, 2017
Nation of 1st Publication: Germany

## Author

- Author: Jonas Sebastian Jödicke
  Author Created: 2-D artwork
  Citizen of: Germany

## Copyright Claimant

Copyright Claimant: Jonas Sebastian Jödicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

Name: Jonas Sebastian Jödicke
Email: jojoesart@gmail.com

## Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042704

Page 1 of 1



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-302-243**
**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Inner Fight

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 27, 2020
**Nation of 1st Publication:** Germany

## Author

**Author:** Jonas Sebastian Jodicke
**Author Created:** 2-D artwork
**Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

**Name:** Jonas Sebastian Jodicke
**Email:** jojoesart@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 27, 2022
**Applicant's Tracking Number:** JSJ2022042705

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-230**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Prodigal |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | July 09, 2020 |
| **Nation of 1ˢᵗ Publication:** | Germany |

### Author

| | |
|---|---|
| **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042713 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-302-401

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Into Wonderland |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | November 14, 2019 |
| **Nation of 1st Publication:** | Germany |

### Author

| | |
|---|---|
| **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042723 |

Page 1 of 1



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**VA 2-302-262**

Effective Date of Registration:
April 27, 2022
Registration Decision Date:
June 02, 2022

---

**Title**

Title of Work: The World I Used To Know

**Completion/Publication**

Year of Completion: 2019
Date of 1st Publication: September 26, 2019
Nation of 1st Publication: Germany

**Author**

Author: Jonas Sebastian Jodicke
Author Created: 2-D artwork
Citizen of: Germany

**Copyright Claimant**

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

**Rights and Permissions**

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

**Certification**

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042711

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-246

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

Title of Work: A King's Path

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: July 04, 2019
Nation of 1ˢᵗ Publication: Germany

## Author

- Author: Jonas Sebastian Jodicke
Author Created: 2-D artwork
Citizen of: Germany

## Copyright Claimant

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

## Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042706

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-302-429**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

### Title

Title of Work: Divine Within

### Completion/Publication

Year of Completion: 2019
Date of 1st Publication: January 26, 2019
Nation of 1st Publication: Germany

### Author

- Author: Jonas Sebastian Jodicke
  Author Created: 2-D artwork
  Citizen of: Germany

### Copyright Claimant

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

### Rights and Permissions

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

### Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042716

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-426**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

### Title

Title of Work: Dream Catcher Wolf

### Completion/Publication

Year of Completion: 2018
Date of 1st Publication: February 19, 2018
Nation of 1st Publication: Germany

### Author

- Author: Jonas Sebastian Jodicke
  Author Created: 2-D artwork
  Citizen of: Germany

### Copyright Claimant

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

### Rights and Permissions

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

### Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042701

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-441

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

## Title
    Title of Work:  Yin and Yang Dragons

## Completion/Publication

        Year of Completion:  2017
       Date of 1st Publication:  December 21, 2017
    Nation of 1st Publication:  Germany

## Author

            Author:  Jonas Sebastian Jodicke
    Author Created:  2-D artwork
        Citizen of:  Germany

## Copyright Claimant

    Copyright Claimant:  Jonas Sebastian Jodicke
                        Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

        Name:  Jonas Sebastian Jodicke
        Email:  jojoesart@gmail.com

## Certification

            Name:  David Denholm
            Date:  April 27, 2022
    Applicant's Tracking Number:  JSJ2022042719

Page 1 of 1



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-234**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

## Title

Title of Work:   Night Guardian

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   May 24, 2017
Nation of 1st Publication:   Germany

## Author

- Author:   Jonas Sebastian Jodicke
Author Created:   2-D artwork
Citizen of:   Germany

## Copyright Claimant

Copyright Claimant:   Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

Name:   Jonas Sebastian Jodicke
Email:   jojoesart@gmail.com

## Certification

Name:   David Denholm
Date:   April 27, 2022
Applicant's Tracking Number:   JSJ2022042703

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-259**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Celestial

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 04, 2017
**Nation of 1st Publication:** Germany

## Author

**Author:** Jonas Sebastian Jödicke
**Author Created:** 2-D artwork
**Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jonas Sebastian Jödicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

**Name:** Jonas Sebastian Jödicke
**Email:** jojoesart@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 27, 2022
**Applicant's Tracking Number:** JSJ2022042710

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-237

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

          **Title of Work:** Elephant Soul

## Completion/Publication

          **Year of Completion:** 2017
      **Date of 1st Publication:** March 02, 2017
     **Nation of 1ˢᵗ Publication:** Germany

## Author

            **Author:** Jonas Sebastian Jodicke
       **Author Created:** 2-D artwork
         **Citizen of:** Germany

## Copyright Claimant

     **Copyright Claimant:** Jonas Sebastian Jodicke
                Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

            **Name:** Jonas Sebastian Jodicke
            **Email:** jojoesart@gmail.com

## Certification

            **Name:** David Denholm
             **Date:** April 27, 2022
 **Applicant's Tracking Number:** JSJ2022042715



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-443

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Child of Light |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | December 29, 2016 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042722 |

Page 1 of 1



Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-422**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

## Title
_____

Title of Work: Dream

## Completion/Publication
_____

Year of Completion: 2016
Date of 1st Publication: August 22, 2016
Nation of 1st Publication: Germany

## Author
_____

• Author: Jonas Sebastian Jodicke
Author Created: 2-D artwork
Citizen of: Germany

## Copyright Claimant
_____

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions
_____

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

## Certification
_____

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042724

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-302-248

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Seasons Change

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 29, 2016
**Nation of 1ˢᵗ Publication:** Germany

## Author

**Author:** Jonas Sebastian Jodicke
**Author Created:** 2-D artwork
**Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

**Name:** Jonas Sebastian Jodicke
**Email:** jojoesart@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 27, 2022
**Applicant's Tracking Number:** JSJ2022042707

Page 1 of 1



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-251**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

Title of Work: Free Like a Bird

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: May 28, 2016
Nation of 1st Publication: Germany

## Author

• Author: Jonas Sebastian Jodicke
Author Created: 2-D artwork
Citizen of: Germany

## Copyright Claimant

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

## Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042709

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-431

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

## Title

**Title of Work:** Fire and Ice

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 11, 2016
**Nation of 1ˢᵗ Publication:** Germany

## Author

- **Author:** Jonas Sebastian Jodicke
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

**Name:** Jonas Sebastian Jodicke
**Email:** jojoesart@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 27, 2022
**Applicant's Tracking Number:** JSJ2022042717

---

Page 1 of 1



Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-436**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

## Title

| | |
|---|---|
| **Title of Work:** | Where Light and Dark Meet |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 23, 2016 |
| **Nation of 1ˢᵗ Publication:** | Germany |

## Author

| | |
|---|---|
| **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042702 |

Page 1 of 1



Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-256**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

## Title

Title of Work: The Last Unicorn

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: January 29, 2016
Nation of 1st Publication: Germany

## Author

Author: Jonas Sebastian Jodicke
Author Created: 2-D artwork
Citizen of: Germany

## Copyright Claimant

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

## Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042714

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-425

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

### Title

Title of Work: Circle of Life

### Completion/Publication

Year of Completion: 2016
Date of 1st Publication: January 15, 2016
Nation of 1st Publication: Germany

### Author

- Author: Jonas Sebastian Jodicke
Author Created: 2-D artwork
Citizen of: Germany

### Copyright Claimant

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

### Rights and Permissions

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

### Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042720

Page 1 of 1



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-250**

**Effective Date of Registration:**
April 27, 2022

**Registration Decision Date:**
June 02, 2022

## Title

Title of Work: Firstborn

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: January 05, 2016
Nation of 1st Publication: Germany

## Author

Author: Jonas Sebastian Jödicke
Author Created: 2-D artwork
Citizen of: Germany

## Copyright Claimant

Copyright Claimant: Jonas Sebastian Jödicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

Name: Jonas Sebastian Jödicke
Email: jojoesart@gmail.com

## Certification

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042708

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-432

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

## Title

**Title of Work:** Eternal Bond

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 21, 2015
**Nation of 1ˢᵗ Publication:** Germany

## Author

- **Author:** Jonas Sebastian Jodicke
**Author Created:** 2-D artwork
**Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions

**Name:** Jonas Sebastian Jodicke
**Email:** jojoesart@gmail.com

## Certification

**Name:** David Denholm
**Date:** April 27, 2022
**Applicant's Tracking Number:** JSJ2022042718

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-196-134

**Effective Date of Registration:**
February 26, 2020
**Registration Decision Date:**
March 23, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:** Brotherhood

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** September 05, 2015
**Nation of 1st Publication:** Germany

## Author
_____

- **Author:** Jonas Jodicke
  **Author Created:** Illustration
  **Domiciled in:** Germany
  **Year Born:** 1994

## Copyright Claimant
_____

**Copyright Claimant:** Jonas Jodicke
Grünauer Str. 10, Berlin, 12557, Germany

## Certification
_____

**Name:** Barbara Konecny, Authorized agent of Author/Owner
**Date:** February 26, 2020

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)

Page 1 of 2

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-438

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

## Title
        **Title of Work:** Yin and Yang Wolves

## Completion/Publication
        **Year of Completion:** 2015
        **Date of 1st Publication:** October 24, 2015
        **Nation of 1st Publication:** Germany

## Author
        • **Author:** Jonas Sebastian Jodicke
        **Author Created:** 2-D artwork
        **Citizen of:** Germany

## Copyright Claimant
        **Copyright Claimant:** Jonas Sebastian Jodicke
        Grunauer Strasse 10, Berlin, 12557, Germany

## Rights and Permissions
        **Name:** Jonas Sebastian Jodicke
        **Email:** jojoesart@gmail.com

## Certification
        **Name:** David Denholm
        **Date:** April 27, 2022
        **Applicant's Tracking Number:** JSJ2022042721



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-302-606

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 06, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Nightbringer |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 01, 2012 |
| **Nation of 1st Publication:** | Germany |

### Author

| | |
|---|---|
| • **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042712 |

Page 1 of 2



Registration #: VAu001318176
Service Request #: 1-5994417551

Jonas Jödicke
Jonas Sebastian Jödicke
Grimmstr. Straße 10
Berlin 12557 Germany

---

## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

Registration Number
**VAu 1-318-176**

Effective Date of Registration:
November 10, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

**Title**

    Title of Work: Soul Keeper

**Completion/Publication**

    Year of Completion: 2017

**Author**

- **Author:** Jonas Sebastian Jödicke
  Author Created: 2-D artwork
  Citizen of: Germany
  Year Born: 1994

**Copyright Claimant**

    Copyright Claimant: Jonas Sebastian Jödicke
    Grimmstr. Straße 10, Berlin, 12557, Germany

**Rights and Permissions**

    Name: Jonas Sebastian Jödicke
    Email: jojoesart@gmail.com
    Telephone: +4917 15992-5423
    Address: Grimmstr. Straße 10
    Berlin 12557 Germany

**Certification**

    Name: Jonas Jödicke
    Date: November 10, 2017

