UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jonas Sebastian Jodicke

                          Plaintiff,

v.                                           Case No.: 1:22−cv−04814

                                          Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for preliminary injunction [19] with the exception of Defendant BEUU. The Court strikes the status date set for 10/11/2022 and resets it to 11/10/2022 at 1:30 p.m. Plaintiff should file and notice for presentment at the next status date any motion for default judgment. Plaintiff should be prepared to address Defendant's response to the motion for preliminary injunction at the next status date if Plaintiff has not dismissed Defendant BEUU by that date. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (866) 434−5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.